```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                    Case No. 17-41790-RLE
Leonardo M. Castro, Jr.                                   Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: mburley          Page 1 of 1          Date Rcvd: Aug 30, 2017
                              Form ID: pdfeo         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
db             +Leonardo M. Castro, Jr.,    5656 W. Cog Hill Terrace,    Dublin, CA 94568-1166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
              Jamie D. Hanawalt    on behalf of Creditor    Wells Fargo Bank, N.A. ecfcanb@aldridgepite.com,
               jhanawalt@ecf.inforuptcy.com
              Jonathan  Cahill    on behalf of Creditor    Wells Fargo Bank, N.A. ecfcanb@aldridgepite.com,
               JCC@ecf.inforuptcy.com
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                              TOTAL: 4

```
 1   Leonardo Castro                              IT IS SO ORDERED DENIED
     5656 W. Cog Hill Terrace                     Signed _____
 2   Dublin, CA 94568
 3   Phone (925) 895-8139            FILED
     In Pro Per                                   ROGER L. EFREMSKY
 4                                                U.S. Bankruptcy Judge
                                 AUG 3 0 2017
 5
                               BANKRUPTCY COURT
 6                             OAKLAND, CALIFORNIA
 7
                    UNITED STATES BANKRUPTCY COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
 9
10   In Re:                              ) Case No.: 17-41790-RLE13
                                         ) Chapter 13
11   Leonardo Castro, Jr.                )
              Movant(s)/Debtor(s)        ) ORDER GRANTING DENYING MOTION
12                                       ) FOR REFERRAL TO MORTGAGE
                                         ) MODIFICATION MEDIATION PROGRAM
13                                       )
                                         )
14                                       ) Hon. Judge Roger L. Efremsky
                                         )
15
```

On August 15, 2017, the Debtor Leonardo Castro, Jr. filed a Motion For Referral To Mortgage Modification Mediation Program [Dkt. No. __] (the "Motion"). Upon due consideration, and for good cause shown, the Court hereby orders as follows:

1. The Motion is granted.

2. Leonardo Castro, Jr. (the "Debtor") and Wells Fargo Bank, N.A. (the "Lender") are required to participate in the Mortgage Modification Mediation Program (the "MMM Program") in good faith.

3. **Brent Meyer**, Esq. (the "Mediator") is designated to serve as the MMM Program mediator in this case.

4. The current procedures and deadlines set forth in the Mortgage Modification Mediation Program Procedures (the "MMM Procedures") attached hereto as Exhibit A are incorporated into this Order.

5. The automatic stay provided for under 11 U.S.C. § 362(a) shall be modified to the extent necessary to facilitate the MMM Program pursuant to this Order.

*** END OF ORDER ***

# EXHIBIT A

[Attach a copy of the current version of the Mortgage Modification Mediation Program Procedures available on the Court's website (http://www.canb.uscourts.gov)].

# Mortgage Modification Mediation (MMM) Program Procedures
United States Bankruptcy Court, Northern District of California

1. **Purpose.** These procedures and forms implement the Mortgage Modification Mediation Program ("MMM Program") established under General Order 29. This program is designed to function as a forum for individual debtors to explore mortgage modification options with their lenders for real property in which they have an interest or are obligated on the promissory note or mortgage. The goal of the MMM Program is to facilitate communication and exchange of information in a confidential setting and encourage the parties to finalize a feasible and beneficial agreement under the supervision of the United States Bankruptcy Court for the Northern District of California. Options available under the MMM Program include modification of a mortgage or surrender of real property owned by an individual debtor.

2. **Definitions.** The following definitions shall be applicable to the procedures described herein.

    A. <u>Debtor</u>: includes both debtors when a joint petition has been filed.

    B. <u>Lender</u>: shall be deemed the current beneficiary and payee of the promissory note secured by the deed of trust and/or its mortgage servicing agent.

    C. <u>Required Parties</u>: include, when applicable, Debtor, Debtor's attorney, Lender, Lender's California legal counsel, any co-obligor, co-borrower or third-party obligor, and the mediator. A Required Party may be excused from the MMM Program upon approval of the Bankruptcy Court.

3. **MMM Portal and Document Preparation Software.** In an effort to expedite the exchange of information between Debtor and Lender, the Court has mandated the use of a secure online portal (the "MMM Portal") and an online program that facilitates the preparation of Debtor's loan modification package (the "Document Preparation Software"). The current Document Preparation Software vendor approved by the Court is Default Mitigation Management, LLC ("DMM"), whose software can be obtained at www.documods.com. In the event that other vendors are approved by the Court, those vendors will be listed on the Court's website. Submitting documents to the MMM Portal provides transparency in the mortgage modification process by making information immediately available to all parties through a secure internet website. The use of the Document Preparation Software further ensures that the initial submission to Lender is complete and accurate and should expedite Lender's review. The use of the MMM Portal and the Document Preparation Software eliminates the need for multiple submissions of documents that were not received and unnecessary delay based upon incomplete documentation.

Unless otherwise permitted by the Court, all written communication between the Required Parties regarding the mediation shall be sent exclusively through the MMM Portal. The current MMM Portal provider approved by the Court is managed and maintained by DMM, which can be accessed at www.dclmwp.com. Free training on the use of the MMM Portal shall be available to all attorneys and lenders. The Court's webpage on MMM also includes MMM Portal training materials on mortgage modification, including contact information for the MMM Portal vendor and information on the Document Preparation Software. Any litigated matters incidental to the mediation shall be considered separate matters and not subject to the MMM Portal communication

requirement. For example, a motion to compel mediation or motions related to discovery shall be filed in the main bankruptcy case and not through the MMM Portal.

4. **Debtors Eligible to Participate**. To be eligible to participate in the MMM Program, Debtor must:

   A. Be an individual;
   B. With a case currently pending under Title 11, Chapter 13, of the United States Code in the Oakland, San Francisco, Santa Rosa or San Jose Divisions;
   C. Use the Northern District of California Model Chapter 13 Plan adopted on August 1, 2013;
   D. Set aside the applicable Document Preparation Software fee ($40.00), the applicable MMM Portal submission fee ($40.00), and one-half (1/2) of the mediator's fee ($300.00); and
   E. Determine that mortgage modification is feasible such that Debtor has sufficient monthly disposable income to make a Chapter 13 Plan payment that includes a modified mortgage payment (typically required to be) at least thirty one percent (31%) of Debtor's gross monthly income (exclusive of applicable Trustee's fees) or such other amount designated by Lender for the real property subject to the MMM Program.

5. **Request for Referral to MMM**. Either Debtor or Lender may seek referral to the MMM Program.

   A. By Debtor.

   (i) *Complete Document Preparation Software*. Prior to filing a Motion For Referral to Mortgage Modification Mediation Program (Form ND-MMM-100), Debtor shall complete the Document Preparation Software and pay the non-refundable fee directly to the Document Preparation Software approved vendor. Debtor's initial loan modification forms shall be completed using the court-approved Document Preparation Software and be ready for signature and submission. This includes collecting Debtor's required supporting documentation in order to submit Debtor's initial package ("Debtor's Prepared Package") to Lender for review through the MMM Portal.

   (ii) *Filing the Motion*. Upon completion of Debtor's Prepared Package, any eligible Debtor may seek entry of an order for referral to the MMM Program by filing a Motion For Referral to Mortgage Modification Mediation Program (Form ND-MMM-100), which shall identify the proposed mediator selected by Debtor. The requirements of B.L.R. 9013-1(b)(3) and B.L.R. 9013-1(d) are not applicable.

   (iii) *Entry of Order of Referral*. Debtor shall lodge with the Court an Order Granting Motion for Referral to Mortgage Modification Mediation Program (Form ND-MMM-103) immediately after filing the motion for referral to the MMM Program, and the Court shall enter an order granting the motion on an *ex parte* basis.

   (iv) *Notice Requirements*. Any Debtor seeking entry of an order referring a case to the MMM Program with the consent of Lender may seek entry of such order on an *ex parte* basis and is not required to file and serve a notice and opportunity for hearing pursuant to B.L.R. 9014-1(b)(3), provided that Debtor has filed a Notice of Lender's Consent to Attend and Participate in Mortgage Modification Mediation Program (Form ND-MMM-101) simultaneously with the motion.

Case: 17-41790   Doc# 33   Filed: 09/01/17   Entered: 09/01/17 21:28:33   Page 6 of 6